801 A.2d 1133

IN THE MATTER OF HILTON L. STEIN,
AN ATTORNEY AT LAW.

July 26, 2002.

## ORDER

This matter having been duly presented to the Court by David E. Johnson, Jr., Director, Office of Attorney Ethics, and with the consent of **HILTON L. STEIN** of **BLOOMFIELD,** who was admitted to the bar of this State in 1972, and it appearing that the Office of Attorney Ethics and **HILTON L. STEIN** have agreed that respondent currently lacks the capacity to engage in the practice of law and should be transferred to disability inactive status in accordance with *Rule* 1:20–12, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12 **HILTON L. STEIN,** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **HILTON L. STEIN** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 governing attorneys transferred to disability inactive status.